(104 So. 916)

John COLEMAN v. STATE. (6 Div. 338.) (Supreme Court of Alabama. May 28, 1925.) Appeal from Circuit Court, Jefferson County;

George F. Smoot, Judge. Murder, second degree.

BOULDIN, J. Appeal on record only; no bill of exceptions. No error appearing in the record, the judgment is affirmed.

ANDERSON, C. J., and SOMERVILLE and THOMAS, JJ., concur.